IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARLTON BENNETT,

    *Petitioner,*

v.

MICHAEL CLARK, *et al.*,

    *Respondents.*

CIVIL ACTION
NO. 16-3687

## **ORDER**

**AND NOW**, this 29th day of December, 2017, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Timothy J. Rice, (ECF No. 13), and Carlton Bennett's objections thereto, (ECF No. 19), it is hereby **ORDERED** that:

1. Bennett's objections are **OVERRULED** and Magistrate Judge Rice's Report and Recommendation is **APPROVED** and **ADOPTED**;
2. Bennett's Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED**;
3. No certificate of appealability shall issue;[3]
4. This case shall be **CLOSED** for statistical purposes.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.

---

[3] No reasonable jurist would disagree with the Court's disposition of petitioner's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).